UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN SILVER,

    Plaintiff,                             Case No.  1:07-cv-103

v.                                                   Hon. Wendell A. Miles

MARK GILES, MARK LYTLE, RICHARD
ROSENBERG, TINO REYES, WILLIAM GILES,
THE SAUGATUCK-DOUGLAS POLICE DEPARTMENT,
THE CITY OF SAUGATUCK, THE CITY OF DOUGLAS,
GAIL RUTLEDGE, and LANCE RUTLEDGE,

    Defendants.
_____/

ORDER

    Plaintiff having filed with this Court a motion for leave to file a reply brief (Docket No. 23) and the court having reviewed the same;

    It is ordered that the motion is denied without prejudice as plaintiff has not complied with Local Civil Rule 5.7(f), which requires that the proposed document be attached as an exhibit to the motion seeking leave to file.

Dated: July 10, 2007                                                  /s/ Wendell A. Miles
                                                                    Wendell A. Miles
                                                                    Senior U.S. District Judge