UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEPHEN SILVER,
    Plaintiff,

-v-

MARK GILES, et al.,
    Defendants.

No. 1:07-cv-103

HONORABLE PAUL L. MALONEY


## JUDGMENT

Having granted Defendants' motion for summary judgment, pursuant to Fed. Rule of Civil Procedure 58, **JUDGMENT** is **ENTERED** in favor of the remaining Defendants and against Plaintiffs. **THIS ACTION IS TERMINATED. IT IS SO ORDERED.**


Date: July 23, 2009            /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge